UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT 730 Hawthorne Lane, Unit 146 Charlotte, NC 28205 <br><br> & <br><br> IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT 730 Hawthorne Lane, Unit 340 Charlotte, NC 28205 | DOCKET NO. 3:17MJ197 <br><br> ORDER TO SEAL SEARCH WARRANT, APPLICATION AND AFFIDAVIT |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, requesting that the Search Warrant, Application for Search Warrant and Affidavit in support of the Search Warrant, along with the government's sealing motion and this Order be sealed until further order of this Court, in order to protect the secrecy and integrity of an ongoing criminal investigation (except for a copy of the Search Warrant only to be served at the premises), and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Search Warrant, Application for Search Warrant and Affidavit in support of the Search Warrant, along with the government's Motion to Seal and this Order, shall be sealed and remain sealed until further order of this Court, except that a copy of the Search Warrant only shall be served at the premises to be searched.

The Clerk is directed to certify copies of this Order to the United States Attorney's

Office.

DONE AND ORDERED in Charlotte, North Carolina, on this 25 day of May, 2017.

_____
David S. Cayer
UNITED STATES MAGISTRATE JUDGE